UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:             Case No. 22-47316-mlo

Kenneth D. Post &      Chapter 13
Nicole L. Post,

            Judge Maria L. Oxholm

_____/

## PROOF OF SERVICE

      The undersigned certifies that on October 6, 2022, a copy of the Notice of State of Michigan Unfiled Tax Returns, was served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:

David Wm. Ruskin             John C. Lange
26555 Evergreen Rd., Ste. 1100      Gold, Lange & Majoros, PC
Southfield, MI 48076-4251         24901 Northwestern Hwy., Ste. 444
                                          Southfield, MI 48075

                                    */s/ Nicole Gregory*
                                    Nicole Gregory
                                    Secretary to:
                                    Moe Freedman (P74224)
                                    Assistant Attorney General
                                    Cadillac Place
                                    3030 W. Grand Blvd., Suite 10-200
                                    Detroit, MI 48202
                                    (313) 456-0140

Dated: October 6, 2022