UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:  Case No. 22-47316-mlo

Kenneth D. Post &  Chapter 13
Nicole L. Post,

                Debtors.  Judge Maria L. Oxholm

_____/

## NOTICE OF STATE OF MICHIGAN UNFILED TAX RETURNS

Debtors failed to file an income tax return for tax periods 2020 and 2021 as required by 11 USC 1308 and/or MCL 206.1 et seq. Failure to file tax returns may result in the Michigan Department of Treasury either objecting to the Debtor's Plan or filing a motion to either convert or dismiss the case. Debtors are required to submit the following documents with the returns:

- Schedules and/or credit forms with supporting documents
- All W-2s
- Federal Returns

**I.     SIGNED TAX RETURNS SHOULD BE SUBMITTED TO:**

    Michigan Department of Attorney General
    Collections Division
    Cadillac Place Building
    3030 W. Grand Blvd., Ste. 10-200
    Detroit, MI 48202
    Attn: Moe Freedman

**OR**

    Via email: FreedmanM1@michigan.gov

Failure to submit the required documentation could result in a denial of a refund or increase the amount of tax owed.

1

II. **IF YOU NEED ADDITIONAL INFORMATION TO FILE YOUR RETURNS:**

For a W-2 or 1099, contact your employer(s). If not received, contact the IRS at 313-237-0800 or 800-829-1040 or visit the IRS website at www.irs.gov.

        Respectfully submitted,

        /s/ *Moe Freedman*
        Moe Freedman (P74224)
        Assistant Attorney General
        Cadillac Place Building
        3030 W. Grand Blvd., Ste. 10-200
        Detroit, MI 48202
        Telephone: (313) 456-0140
        E-mail: FreedmanM1@michigan.gov

Dated: October 6, 2022